## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ROBERT CARVER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  2:08-CV-2470 KHV/GLR** |
| | ) | |
| **FOWLER ENVELOPE L.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STIPULATION OF DISMISSAL

Robert Carver, by and through his undersigned counsel, and Fowler Envelope, L.C., by and through its undersigned counsel, hereby stipulate to the DISMISSAL of the above-captioned civil action without prejudice, with the parties to bear their own costs.

Respectfully submitted,

*/s/ Joseph K. Eischens*

| Joseph K. Eischens | KS #14036 |
|---|---|
| Stephen Thornberry | KS #21441 |

Thornberry, Eischens & Brown, LLC
4550 Main Street, Suite 204
Kansas City, MO  64111
(816) 531-8383
ATTORNEYS FOR PLAINTIFF

*/s/ Andrea C. Bernica*

| Karen R. Glickstein | KS #14036 |
|---|---|
| Andrea C. Bernica | KS #21441 |

Polsinelli Shughart PC
Twelve Wyandotte Plaza
120 W. 12th Street, Suite 1600
Kansas City, MO  64105
(816) 421-3355
(816) 374-0509 (Facsimile)
ATTORNEYS FOR DEFENDANT

2508876.01